No. 01M66.  ESCOBEDO *v.* TEXAS.  Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 129, Orig.  VIRGINIA *v.* MARYLAND.  Motion of the Special Master for fees and reimbursement of expenses granted, and the Special Master is awarded a total of $74,811.30 for the period August 1, 2001, through April 30, 2002, to be paid equally by the parties.  [For earlier order herein, see, *e. g.,* 534 U. S. 807.]

No. 01–8880.  IN RE THOMPSON.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [535 U. S. 968] denied.

No. 01–10147.  IN RE SAUNDERS; and
No. 01–10247.  IN RE DEESE.  Petitions for writs of habeas corpus denied.

No. 01–10179.  IN RE HOLLINGSWORTH.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.

No. 01–1537.  IN RE SIMPSON;
No. 01–9541.  IN RE MASON;
No. 01–9560.  IN RE WILLIAMS; and
No. 01–10080.  IN RE STOVER.  Petitions for writs of mandamus denied.

No. 01–1437.  BRANCH ET AL. *v.* SMITH ET AL.; and
No. 01–1596.  SMITH ET AL. *v.* BRANCH ET AL.  Appeals from D. C. S. D. Miss.  Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.

No. 01–1325.  BROWN ET AL. *v.* LEGAL FOUNDATION OF WASHINGTON ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 01–1243.  BORDEN RANCH PARTNERSHIP ET AL. *v.* UNITED STATES ARMY CORPS OF ENGINEERS ET AL.  C. A. 9th Cir.  Certiorari granted.  JUSTICE KENNEDY took no part in the consideration or decision of this petition.